NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHARON CHAVIS, individually and as natural guardian of CAREN L. and TOM C. : <br><br> Plaintiff, <br><br> v. <br><br> GEORGE W. BUSH, et al. <br><br> Defendants. | **ORDER** <br> **Civil Action No. 04-6130** |

**Walls, District Judge**

This matter having been opened to the Court by *pro se* plaintiff Sharon Chavis, requesting additional time to file an Amended Complaint as provided in this Court's May 9, 2007 Order;

IT IS on this 7th day of June, 2007;

ORDERED that plaintiff has until June 28, 2007 to file an Amended Complaint.

                                                                        s/ William H. Walls
                                                          William H. Walls, U.S.S.J.